U. S. District Judge Ronald B. Leighton
U.S. Magistrate Judge J. Kelley Arnold

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| PAMELA ANCELL,<br><br>           Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of Social Security,<br><br>           Defendant. | CASE NO. C07-5006RBL<br><br>STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT OPENING BRIEF AND AMEND SCHEDULING ORDER<br><br>**CLERK'S ACTION REQUIRED** |

The administrative record was filed in this case on April 2, 2007.

Counsel has agreed to amend the Scheduling Order entered on April 4, 2007; and shall now conform to the following amended briefing schedule:

Plaintiff's Opening Brief to be filed on or before May 31, 2007.

Defendant's Answering Brief to be filed on or before June 29, 2007            .

Plaintiff's Reply Brief to be filed on or before July 13, 2007.

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted as the Defendant in this case. No further action is required to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT
OPENING BRIEF AND AMEND SCHEDULING ORDER    1

LAW OFFICE OF SHERRI ALLEN, INC., P.S.
P. O. BOX 12465
ST. LOUIS, MO 63132
(314) 997-6969

1  This appeal will be considered upon the Declaration of Sherri Allen and this written

2  submission unless the Court should order oral argument.

3  The clerk is to direct copies of this Order to all counsel of record.

4  DATED this 1st day of May, 2007.

7  s/ Sherri Allen_____
   SHERRI ALLEN –WSBA No. 27410
8  Attorney for Plaintiff

10 s/ Sherri Allen_____
   BRIAN C. KIPNIS
11 Assistant U.S. Attorney
   (signed per oral authorization)

13 IT IS SO ORDERED this 8th day of May, 2007.

15 */s/ J. Kelley Arnold*_____
   HONORABLE J. KELLEY ARNOLD
16 UNITED STATES MAGISTRATE JUDGE

17 CERTIFICATE OF SERVICE

18 I hereby certify that the foregoing Stipulation to Extend Time was filed with the Clerk

19 of the Court on May 1, 2007, using the CM/ECF system which will send notification of such

20 filing to the following: U.S. Attorneys and Office of the General Counsel.

22 s/ Sherri Allen_____
   Sherri Allen,
23 Attorney for Plaintiff

STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT
OPENING BRIEF AND AMEND SCHEDULING ORDER    2

LAW OFFICE OF SHERRI ALLEN, INC., P.S.
P. O. BOX 12465
ST. LOUIS, MO 63132
(314) 997-6969