U. S. District Judge Ronald B. Leighton
U.S. Magistrate Judge J. Kelley Arnold

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| PAMELA ANCELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. C07-5006RBL<br><br>**ORDER** |

　　　The Court has considered attorney Sherri Allen's Motion to Withdraw as Attorney of Record and the defendant's response.

　　　It is here ORDERED that the Motion to Withdraw as Attorney of Record is hereby granted. The parties shall comply with the amended briefing schedule filed this date.

Date: May 22, 2007.　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted as the Defendant in this case. No further action is required to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Order
Case No.  C07-5006RBL　　　　　Page 1

LAW OFFICE OF SHERRI ALLEN, INC., P.S.
SHERRI ALLEN, WSBA #27410
8200 OLIVE BOULEVARD
ST. LOUIS, MO  63132
(314) 997-6969