UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAMELA ANCELL,

            Plaintiff,

    v.

MICHAEL ASTRUE, Commissioner of Social Security,

            Defendant.

Case No. C07-5006RBL

ORDER TO SHOW CAUSE

     The matter is before the court due to the fact that plaintiff has not filed an opening brief as directed by the court.

     On April 3, 2007, defendant filed his Answer to the Complaint. After an extension of time and withdrawal of Plaintiff's attorney was granted, the court directed plaintiff to filed her opening brief by June 22, 2007. To date, the clerk of the court has not received any pleadings from plaintiff.

     Accordingly, **plaintiff shall either file the opening brief or show cause why this matter should not be dismissed for failure to prosecute by not later than September 28, 2007.**

     The clerk is directed to send a copy of this order to counsel of record.

     DATED this 14th day of September, 2007.

                               */s/ J. Kelley Arnold*
                               J. Kelley Arnold
                               United States Magistrate Judge