```
                    FILED _____ LODGED
                    _____ RECEIVED

                       NOV 26 2007

              CLERK U.S. DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON AT TACOMA
         BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAMELA ANCELL,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security Administration,,

    Defendant.

Case No. C07-5006RBL

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's complaint and causes of action are DISMISSED for lack of prosecution;

(3)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold.

DATED this 26th day of November, 2007.

RONALD B. LEIGHTON
United States District Judge

07-CV-05006-ORD